USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
KENNIN D. JACKSON,

       Plaintiff,

  -against-

JANE DOE et al,

       Defendants.
------------------------------------------------------------ x

1:18-cv-09274

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  On July 6, 2020, the Court ordered Plaintiff to show cause by July 24, 2020 as to why this action should not be dismissed without prejudice for failure to prosecute the case pursuant to Fed. R. Civ. P. 41(b).  ECF No. 31.  Such showing was not made.  Accordingly, this case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . .").

**SO ORDERED.**

**Dated**: August 19, 2020
     New York, New York

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**

1